140-1583                               RPV/DDB                               #6191112

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| KEVIN STANBRIDGE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Court No.: 10 CV 03008 |
| DR. JACQUELINE MITCHELL, LARRY PHILLIPS, CAROL VANCE, DR. MICHAEL BEDNARZ, and any and all other unnamed and/or unknown persons discovered through the course of discovery to have participated in the violations set forth in this complaint. | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**TABLE OF CONTENTS FOR THE EXHIBITS RELIED UPON BY DR. JACQUELINE MITCHELL IN SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT**

Exhibit 1-   Deposition of Kevin Stanbridge

Exhibit 2-   Affidavit of Dr. Jacqueline Mitchell

Exhibit 3-   Plaintiff's Rushville TDF Dental Progress Notes
             (Transcribed version followed by a copy of the original hand-written records)

Exhibit 4 -  December 13, 2008 Authorization Form for Extraction of Tooth Number 2

Exhibit 5 -  January 20, 2008 Authorization Form for Extraction of Tooth Number 14

Exhibit 6 -  July 11, 2010 Authorization Form for Extraction of Tooth Number 29

Exhibit 7 -  Plaintiff's Health Care Request Forms for Dental Treatment
             (Transcribed Version followed by a copy of the original hand-written request forms)

Exhibit 8-   August 2008 Illinois Department of Human Services Treatment and Detention Facility Resident Handbook, pages 43-47.

140-1583                          RPV/DDB                          #6191112

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| KEVIN STANBRIDGE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DR. JACQUELINE MITCHELL, ) <br> LARRY PHILLIPS, CAROL VANCE, ) <br> DR. MICHAEL BEDNARZ, and any and ) <br> all other unnamed and/or unknown persons ) <br> discovered through the course of discovery ) <br> to have participated in the violations set ) <br> forth in this complaint. ) <br> ) <br> Defendants. ) <br> ) | Court No.: 10 CV 03008 |

### CERTIFICATE OF SERVICE

I, Robert P. Vogt, certify that on **March 1, 2011,** I electronically filed **Exhibits Relied Upon by Defendant Dr. Mitchell's in Support of Her Motion for Summary Judgment** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Brian Patrick Gainer    gainerb@jbltd.com

Daniel Nathan    nathand@jbltd.com, delcornok@jbltd.com

Jack T Riley , Jr    rileyj@jbltd.com, alaridl@jbltd.com

Lisa A Behle    lbehle@atg.state.il.us, bmyers@atg.state.il.us, jedwards@atg.state.il.us, jwight@atg.state.il.us

and hereby certify that on **March 1, 2011** I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

Kevin W. Stanbridge #864051
RUSHVILLE
IL Department of Human Services
Treatment & Detention Facility
1680 East County Farm Road
Rushville, IL 62681

                                           Respectfully Submitted,

                                           **WELDON-LINNE & VOGT**

                                           By: /s/ Robert P. Vogt
                                                   Robert P. Vogt

**Weldon-Linne & Vogt**
105 W. Madison Street, Suite 1400
Chicago, Illinois 60602
312/236-5151
#34404
Pldgs./Table of Contents for Exhibits in MSJ