140-1583　　　　　　　　　　　RPV/DDB　　　　　　　　　　　#6191112

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KEVIN STANBRIDGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Court No.: 10 CV 03008 |
| | ) | |
| DR. JACQUELINE MITCHELL, | ) | |
| LARRY PHILLIPS, CAROL VANCE, | ) | |
| DR. MICHAEL BEDNARZ, and any and | ) | |
| all other unnamed and/or unknown persons | ) | |
| discovered through the course of discovery | ) | |
| to have participated in the violations set | ) | |
| forth in this complaint. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### DR. MITCHELL'S MOTION IN LIMINE TO BAR ANY CLAIM THAT ANYTHING DR. MITCHELL DID OR FAILED TO DO CAUSED OR CONTRIBUTED TO CAUSE THE NEED TO EXTRACT ANY OF THE PLAINTIFF'S TEETH

Defendant Dr. Mitchell, through her attorney, Robert P. Vogt, moves, *in limine*, for the entry of an order barring any and all claims or testimony regarding whether Dr. Mitchell caused or contributed to cause the need to extract any of the plaintiff's teeth. In support of this motion, Dr. Mitchell states as follows:

1.　　To establish a constitutional violation based on a delay in receiving dental care, the detainee must submit verifying dental evidence showing the detrimental effect of the alleged delay. Langston v. Peters, 100 F.3d 1235, 1240 (7th Cir. 1996); Martin v. Taylor, 845 F.2d 1451, 1458 (7th Cir. 1988).

2.　　In its November 7, 2011 Opinion, this Court stated, "[I]n the Court's opinion,

1

Plaintiff would need expert testimony to show that the delay in treatment caused or contributed to the need to extract the teeth." (d/e #48, p. 15.)

3. The plaintiff has not disclosed any expert witnesses to testify in this case. As such, the plaintiff does not have any verifying dental evidence to show that any alleged treatment by Dr. Mitchell caused or contributed to cause the need to extract his teeth.

4. For the foregoing reasons, the plaintiff should be barred from asserting that Dr. Mitchell caused or contributed to cause the need to extract any of his teeth.

WHEREFORE, Dr. Mitchell, respectfully requests that the plaintiff and his attorneys and witnesses be barred from suggesting that any alleged delay in treating the plaintiff's teeth caused or contributed to the need to extract his teeth.

Respectfully Submitted,

**WELDON-LINNE & VOGT**

By: /s/ Robert P. Vogt
Robert P. Vogt

**WELDON-LINNE & VOGT**
Attorneys for Defendant
20 South Clark Street
Suite 2050
Chicago, Illinois 60603
(312) 236-5151
TRIAL/ MIL/ Bar Testimony that Delay had Detrimental Effect

140-1583                          RPV/DDB                          #6191112

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| KEVIN STANBRIDGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Court No.: 10 CV 03008 |
| ) | |
| DR. JACQUELINE MITCHELL, ) | |
| LARRY PHILLIPS, CAROL VANCE, ) | |
| DR. MICHAEL BEDNARZ, and any and ) | |
| all other unnamed and/or unknown persons ) | |
| discovered through the course of discovery ) | |
| to have participated in the violations set ) | |
| forth in this complaint. ) | |
| ) | |
| Defendants. ) | |
| ) | |

### CERTIFICATE OF SERVICE

I, Robert P. Vogt, certify that on **April 26, 2012,** I electronically filed **Dr. Mitchell's Motion in Limine to Bar any Claim that Anything Dr. Mitchell Did or Failed to Do Caused or Contributed to Cause the Need to Extract Any of the Plaintiff's Teeth,** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:
- **Ellen C. Bruce**
  ellen@casevista.com
- **Lucian Rawlings**
  ellen@casevista.com, lrawling@siu.edu

                                                      Respectfully Submitted,

                                                      **WELDON-LINNE & VOGT**

                                                      By:_/s/ Robert P. Vogt__
                                                          Robert P. Vogt

**WELDON-LINNE & VOGT**
Attorneys for Defendant
20 South Clark Street, Suite 2050
Chicago, Illinois 60603
(312) 236-5151