E-FILED
Thursday, 26 April, 2012 03:54:15 PM
Clerk, U.S. District Court, ILCD

140-1583 RPV/DDB #6191112

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS**

KEVIN STANBRIDGE,

Plaintiff,

v.

DR. JACQUELINE MITCHELL, LARRY PHILLIPS, CAROL VANCE, DR. MICHAEL BEDNARZ, and any and all other unnamed and/or unknown persons discovered through the course of discovery to have participated in the violations set forth in this complaint.

Defendants.

Court No.: 10 CV 03008

**DR. MITCHELL'S MEMORANDUM OF LAW IN SUPPORT OF REVISING THE COURT'S PROPOSED JURY INSTRUCTION NO. 14**

Defendant Dr. Mitchell, through her attorney, Robert P. Vogt, submits this Memorandum of Law in Support of Revising the Court's Proposed Jury Instruction No. 14. In support thereof, Dr. Mitchell states as follows:

On April 19, 2012, this Court filed its proposed jury instructions. (Docket Entry No. 58.) Proposed Jury Instruction No. 14 states:

> When I use the term "deliberately indifferent," I mean that Defendant actually knew of a substantial risk of serious harm to Plaintiff's dental health, and that Defendant consciously disregarded this risk by failing to take reasonable measures to deal with it. A significant delay in providing effective dental treatment for a serious dental need may arise to deliberate indifference if the delay caused injury to Plaintiff or caused him prolonged and unnecessary pain.

> Negligence does not amount to deliberate indifference. Additionally, a Defendant is not deliberately indifferent if he or she lacked the authority or the ability to take reasonable measures to address the problem.

Dr. Mitchell respectfully submits that the second paragraph of Proposed Jury Instruction No. 14 contains an incorrect statement of the law. The Seventh Circuit has repeatedly held that, "Mere negligence, or even gross negligence, does not constitute deliberate indifference." Benner v. McAdory, 34 Fed. Appx. 483, 486 (7th Cir. 2002)(quoting Snipes v. Detella, 95 F.3d 586, 590 (7th Cir. 1996)); Lane v. Matter, et al., 1998 U.S. App. LEXIS 31176, at *8 (7th Cir.); Soto v. Johansen, 137 F. 3d 980, 981 (7th cir. 1998); Snipes v. Detella, 95 F.3d 586, 590 (7th Cir. 1996)(citing Duckwork v. Franzen, 780 F.2d 645, 652 (7th Cir. 1985). Courts sitting in the Central District of Illinois have likewise held that, "Deliberate indifference is not negligence, or even gross negligence. It is 'intentional or reckless' conduct...." Traylor v. Brown, 2010 U.S. Dist. LEXIS 138600, at *17-18 (C.D. Ill.); *see also* Falconer v. Pierce, 2012 U.S. Dist. LEXIS 45197, at *5-6 (C.D. Ill.) Finally, this Court has also recognized that negligence, and even gross negligence, does not constitute deliberate indifference. Pinkerton v. McKee, 2011 U.S. Dist. LEXIS 121901, at *14 (C.D. Ill.).

Accordingly, Dr. Mitchell respectfully requests that this Court revise the second paragraph of Proposed Jury Instruction No. 14 to state:

> ***Mere*** negligence, ***or even gross negligence***, does not constitute deliberate indifference. Additionally, a defendant is not deliberately indifferent if he or she lacked the authority or the ability to take reasonable measures to address the problem.

Respectfully Submitted,

**WELDON-LINNE & VOGT**

By: _/s/ Robert P. Vogt__
Robert P. Vogt

**WELDON-LINNE & VOGT**
Attorneys for Defendant
20 South Clark Street
Suite 2050
Chicago, Illinois 60603
(312) 236-5151
TRIAL/ MIL/ Memorandum in Support of Changing Jury Inst. 14

140-1583 RPV/DDB #6191112

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| KEVIN STANBRIDGE,<br><br>Plaintiff,<br><br>v.<br><br>DR. JACQUELINE MITCHELL, LARRY PHILLIPS, CAROL VANCE, DR. MICHAEL BEDNARZ, and any and all other unnamed and/or unknown persons discovered through the course of discovery to have participated in the violations set forth in this complaint.<br><br>Defendants. | ) | Court No.: 10 CV 03008 |

**CERTIFICATE OF SERVICE**

I, Robert P. Vogt, certify that on **April 26, 2012,** I electronically filed **Dr. Mitchell's Memorandum of Law in Support of Revising the Court's Proposed Jury Instruction No. 14** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

- **Ellen C. Bruce**
  ellen@casevista.com
- **Lucian Rawlings**
  ellen@casevista.com, lrawling@siu.edu

Respectfully Submitted,

**WELDON-LINNE & VOGT**

By: /s/ Robert P. Vogt
Robert P. Vogt

**WELDON-LINNE & VOGT**
Attorneys for Defendant
20 South Clark Street, Suite 2050
Chicago, Illinois 60603
(312) 236-5151