140-1583                    RPV/DDB                    #6191112

### IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| KEVIN STANBRIDGE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DR. JACQUELINE MITCHELL, ) <br> LARRY PHILLIPS, CAROL VANCE, ) <br> DR. MICHAEL BEDNARZ, and any and ) <br> all other unnamed and/or unknown persons ) <br> discovered through the course of discovery ) <br> to have participated in the violations set ) <br> forth in this complaint. ) <br> ) <br> Defendants. ) <br> ) | Court No.: 10 CV 03008 |

### DR. MITCHELL'S MOTION IN LIMINE TO BAR ANY CLAIMS AND/OR ALL TESTIMONY REGARDING SENSODYNE TOOTHPASTE

Defendant Dr. Mitchell, through her attorney, Robert P. Vogt, moves, *in limine*, for the entry of an order barring any claims and/or testimony regarding Dr. Mitchell's alleged failure to provide Sensodyne toothpaste to the plaintiff. In support of this motion, Dr. Mitchell states as follows:

1. Sensodyne is an over-the-counter toothpaste for people with sensitive teeth. The failure to dispense over-the-counter remedies for ailments which many people who are not detained do not seek medical attention does not rise to the level of a constitutional violation. *See* Cooper v. Casey, 97 F.3d 914, 916 (7th Cir. 1996); Watson-El v. Wilson, 2010 LEXIS 97481, *34-35 (N.D. Ill.)(Plaintiff's acid reflux did not rise to the level of a serious medical need for the purposes of *Eighth Amendment* analysis because it warranted only over-the-counter painkillers.); Mayan v.

Adm'r Waupun Cor. Inst., 2008 U.S. Dist. LEXIS 92392, *9 (E.D. Wisc.)("It does not appear that the plaintiff's teeth sensitivity arises to the level of a serious dental need, especially since the ultimate 'treatment' was simply the provision of over-the-counter sensitive toothpaste.")

2. Because the failure to supply an over-the-counter remedy such as Sensodyne does not rise to the level of a Constitutional violation, Dr. Mitchell's alleged failure to provide Sensodyne is not relevant to the issue of whether she was deliberately indifferent to the plaintiff's serious dental needs.

2. In addition, the plaintiff also agrees that it is not Dr. Mitchell's responsibility to provide toothpaste to Rushville's 437 detainees:

> Q: I know, but it's not the dentist's job to provide you with your toothpaste?
>
> A: No, it's not.
>
> Q: Okay.
>
> A: It is DHS's job, and if she did not tell DHS, then is she lacking in her responsibilities? Maybe so.

Stanbridge Dep., pgs. 100 lines 12-13.

3. Dr. Mitchell's job is to provide 15 hours of care per week to Rushville's detainees. Her job does not include paying for Sensodyne toothpaste for the plaintiff.

WHEREFORE, Dr. Mitchell, through her attorney Robert P. Vogt, respectfully requests that any and all claims and/or testimony regarding Sensodyne toothpaste be barred.

Respectfully Submitted,

**WELDON-LINNE & VOGT**

By: /s/ Robert P. Vogt
      Robert P. Vogt

**WELDON-LINNE & VOGT**
Attorneys for Defendant
20 South Clark Street
Suite 2050
Chicago, Illinois 60603
(312) 236-5151
TRIAL/ MIL/ Bar Evidence re Sensodyne Toothpaste

140-1583                                           RPV/DDB                    #6191112

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| KEVIN STANBRIDGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Court No.: 10 CV 03008 |
| ) | |
| DR. JACQUELINE MITCHELL, ) | |
| LARRY PHILLIPS, CAROL VANCE, ) | |
| DR. MICHAEL BEDNARZ, and any and ) | |
| all other unnamed and/or unknown persons ) | |
| discovered through the course of discovery ) | |
| to have participated in the violations set ) | |
| forth in this complaint. ) | |
| ) | |
| Defendants. ) | |
| ) | |

### **CERTIFICATE OF SERVICE**

I, Robert P. Vogt, certify that on **April 26, 2012,** I electronically filed **Dr. Mitchell's Motion in Limine to Bar any Claims and/or All Testimony Regarding Sensodyne Toothpaste** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

- **Ellen C. Bruce**
  ellen@casevista.com
- **Lucian Rawlings**
  ellen@casevista.com, lrawling@siu.edu

                                                      Respectfully Submitted,

                                                      **WELDON-LINNE & VOGT**

                                                      By: /s/ Robert P. Vogt
                                                            Robert P. Vogt

**WELDON-LINNE & VOGT**
Attorneys for Defendant
20 South Clark Street, Suite 2050
Chicago, Illinois 60603
(312) 236-5151