E-FILED
Thursday, 26 April, 2012  03:58:45 PM
Clerk, U.S. District Court, ILCD

140-1583 RPV/DDB #6191112

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| KEVIN STANBRIDGE, | ) |
| Plaintiff, | ) |
| v. | ) Court No.: 10 CV 03008 |
| DR. JACQUELINE MITCHELL, LARRY PHILLIPS, CAROL VANCE, DR. MICHAEL BEDNARZ, and any and all other unnamed and/or unknown persons discovered through the course of discovery to have participated in the violations set forth in this complaint. | ) |
| Defendants. | ) |

### DR. MITCHELL'S MEMORANDUM OF LAW REGARDING AN ADDITIONAL JURY INSTRUCTION THAT A DETAINEE'S DISAGREEMENT OR DISSATISFACTION WITH TREATMENT DOES NOT CONSTITUTE DELIBERATE INDIFFERENCE

Defendant Dr. Mitchell, through her attorney, Robert P. Vogt, submits this Memorandum of Law in support of adding a jury instruction that a detainee's disagreement or dissatisfaction with a dentist's method of treatment does not constitute deliberate indifference. In support thereof, Dr. Mitchell states as follows:

On April 19, 2012, this Court filed its proposed jury instructions ("Instructions"). (Docket Entry #58.) The Court's Instructions do not include an instruction regarding a detainee's disagreement or dissatisfaction with treatment. The Seventh Circuit has repeatedly held that an inmate's "dissatisfaction with a doctor's chosen course of treatment – even when that course was

1

negligent – is insufficient to establish deliberate indifference." <u>Zackery v. Mesrobian</u>, 299 Fed. Appx. 598 (7th Cir. 2008)(citing <u>Estelle v. Gamble</u>, 429 U.S. 97, 107, 97 S. Ct. 285, (1976)); *See also* <u>Jonson v. Doughty</u>, 433 F.3d 1001, 1012-13 (7th Cir. 2006)("Mere dissatisfaction or disagreement with a doctor's course of treatment is generally insufficient.")(citing <u>Snipes v. DeTella</u>, 95 F.3d 586, 591-2 (7th Cir. 1996)). Courts sitting in the Central District of Illinois have likewise held that "A disagreement or dissatisfaction with the method of treatment does not constitute…deliberate indifference." <u>Winston v. Brandy CMT, et al.</u>, 2006 U.S. Dist. LEXIS 24393, at *11 (C.D. Ill.); *see also*, <u>Whittington v. Wright</u>, 2009 U.S. Dist. LEXIS 11557, at *9-10. Finally, this Court recently recognized that an inmate's "disagreement with a doctor's treatment decisions cannot be the basis" for a civil rights claim. <u>Pinkston v. McKee</u>, 2011 U.S. Dist. LEXIS 121901, at *15 (C.D. Ill.).

Accordingly, Dr. Mitchell respectfully requests the addition of a jury instruction reading as follows:

> A detainee's disagreement or dissatisfaction with a dentist's chosen course of treatment is not sufficient to establish deliberate indifference.

Respectfully Submitted,

**WELDON-LINNE & VOGT**

By: /s/ Robert P. Vogt
Robert P. Vogt

**WELDON-LINNE & VOGT**
Attorneys for Defendant
20 South Clark Street
Suite 2050
Chicago, Illinois 60603
(312) 236-5151
TRIAL/ MIL/ Memorandum in Support of Adding Jury Inst.

140-1583                                      RPV/DDB                              #6191112

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KEVIN STANBRIDGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Court No.: 10 CV 03008 |
| | ) | |
| DR. JACQUELINE MITCHELL, | ) | |
| LARRY PHILLIPS, CAROL VANCE, | ) | |
| DR. MICHAEL BEDNARZ, and any and | ) | |
| all other unnamed and/or unknown persons | ) | |
| discovered through the course of discovery | ) | |
| to have participated in the violations set | ) | |
| forth in this complaint. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I, Robert P. Vogt, certify that on **April 26, 2012,** I electronically filed **Dr. Mitchell's Memorandum of Law Regarding an Additional Jury Instruction that a Detainee's Disagreement or Dissatisfaction with Treatment Does Not Constitute Deliberate Indifference** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

- **Ellen C. Bruce**
  ellen@casevista.com
- **Lucian Rawlings**
  ellen@casevista.com, lrawling@siu.edu

Respectfully Submitted,

**WELDON-LINNE & VOGT**

By: /s/ Robert P. Vogt
       Robert P. Vogt

**WELDON-LINNE & VOGT**
Attorneys for Defendant
20 South Clark Street, Suite 2050
Chicago, Illinois 60603
(312) 236-5151