140-1583                                    RPV/DDB                                    #6191112

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| KEVIN STANBRIDGE,                )<br>                                                      )<br>            Plaintiff,                        )<br>                                                      )<br>      v.                                           )<br>                                                      )<br>DR. JACQUELINE MITCHELL,    )<br>LARRY PHILLIPS, CAROL VANCE, )<br>DR. MICHAEL BEDNARZ, and any and )<br>all other unnamed and/or unknown persons )<br>discovered through the course of discovery )<br>to have participated in the violations set )<br>forth in this complaint.                )<br>                                                      )<br>            Defendants.                   )<br>                                                      ) | Court No.: 10 CV 03008 |

### DEFENDANT DR. MITCHELL'S OBJECTION TO THIS COURT'S PROPOSED STATEMENT OF THE CASE

Defendant Dr. Mitchell, through her attorney, Robert P. Vogt, respectfully objects to a portion of the Statement of the Case previously circulated by this Court. Specifically, Dr. Mitchell objects to the following language in this Court's proposed Statement of the Case:

> Plaintiff originally filed this case without an attorney. Subsequently, I appointed Ellen Bruce and Lucian Rawlings to represent Plaintiff. Do not take my appointment of an attorney for Plaintiff as any indication that I have an opinion on the merits of the case. I have no opinion on what the facts are or what your verdict should be. Defendant is represented by Robert Vogt.

1

Dr. Mitchell believes that this portion of the Court's proposed Statement of the Case should be removed for several reasons.

First, telling the jury that this Court appointed attorneys to represent the plaintiff will draw undue attention to something that has no relevance to these proceedings. The employment relationships between the plaintiff and his attorneys, or between Dr. Mitchell and her attorneys, are wholly immaterial and irrelevant to the plaintiff's claims against Dr. Mitchell.

Second, telling the jury that this Court appointed attorneys to represent the plaintiff is potentially prejudicial to Dr. Mitchell and lacks any probative value. Some jurors may infer that the Court's appointment of an attorney reflects this Court's view that the plaintiff's case has merit, or that the plaintiff needs help, or that the plaintiff is somehow entitled to recover and that is why the Court is helping the plaintiff. This is a logical inference that a juror might draw.

Third, the jury may also feel sympathy for the plaintiff's attorneys because they may think that since the court appointed the attorneys to represent the plaintiff, the plaintiff is not paying them. As a result, the jury may be inclined to award the plaintiff damages just so the plaintiff's court-appointed attorneys do not go home without getting paid for providing their services.

Dr. Mitchell has no objection, of course, to this Court introducing the attorneys representing the parties. However, describing how the attorneys became involved in this case is not relevant and is unduly prejudicial.

WHEREFORE, Dr. Mitchell, through her attorney Robert P. Vogt, respectfully requests that this Court remove the paragraph set forth above from the proposed Statement of the Case.

                                              Respectfully Submitted,

                                              **WELDON-LINNE & VOGT**

                                              By: /s/ Robert P. Vogt
                                                      Robert P. Vogt

**WELDON-LINNE & VOGT**
Attorneys for Defendant
20 South Clark Street
Suite 2050
Chicago, Illinois 60603
(312) 236-5151
TRIAL/ Objection to Court's Proposed Statement

140-1583                          RPV/DDB                          #6191112

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KEVIN STANBRIDGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Court No.: 10 CV 03008 |
| | ) | |
| DR. JACQUELINE MITCHELL, | ) | |
| LARRY PHILLIPS, CAROL VANCE, | ) | |
| DR. MICHAEL BEDNARZ, and any and | ) | |
| all other unnamed and/or unknown persons | ) | |
| discovered through the course of discovery | ) | |
| to have participated in the violations set | ) | |
| forth in this complaint. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I, Robert P. Vogt, certify that on **April 26, 2012,** I electronically filed **Dr. Mitchell's Objection to this Court's Proposed Statement of the Case,** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

- **Ellen C. Bruce**
  ellen@casevista.com
- **Lucian Rawlings**
  ellen@casevista.com, lrawling@siu.edu

                                              Respectfully Submitted,

                                              **WELDON-LINNE & VOGT**

                                              By: /s/ Robert P. Vogt
                                                      Robert P. Vogt

**WELDON-LINNE & VOGT**
Attorneys for Defendant
20 South Clark Street, Suite 2050
Chicago, Illinois 60603
(312) 236-5151