UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| KEVIN W. STANBRIDGE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 10-CV-3008 |
| DR. JACQUELINE MITCHELL, | ) |
| Defendant. | ) |

**PLAINTIFF'S FIRST MOTION *IN LIMINE*
TO EXCLUDE EVIDENCE OF PRIOR CONVICTIONS**

NOW COMES Plaintiff, KEVIN W. STANBRIDGE, by and through his attorneys, Ellen C. Bruce and Lucian Rawlings, and moves for a First Order *in Limine* to preclude Defendant Jacqueline Mitchell and any of her witnesses from, in the presence of the Jury, offering evidence or making inquiry of any witness, either in direct examination or in cross examination, or by reference in any way, directly or by implication, regarding any prior conviction(s) or incarceration(s) of Plaintiff Stanbridge or of Plaintiff's fellow resident witnesses, Richard Smego and Terry Hyatt.

Plaintiff is currently civilly committed under the Sexually Violent Persons Act (725 ILCS 207/ (West 2006)).  Plaintiff was convicted of aggravated criminal sexual abuse in November 1999.  Plaintiff was previously charged with aggravated criminal sexual abuse in November 1999.  Plaintiff was convicted of that charge by a jury and was sentenced to seven years in prison.  In May 2004, Plaintiff's conviction was reversed and the case was remanded for a new trial by the Appellate Court of Illinois, Fourth District.  Plaintiff was retried in April 2005 and convicted of aggravated criminal sexual abuse by a jury.  Plaintiff then served a sentence in the Illinois Department of Corrections prior to his civil commitment.

1

Plaintiff anticipates that Defendant will seek to elicit testimony regarding his prior conviction, the terms of his prior incarceration, and the prior conviction(s) and incarceration(s) of Plaintiff's witnesses.  The prior conviction of Plaintiff and any of Plaintiff's witnesses would not have any relevance to Defendant's alleged deliberate indifference to Plaintiff's serious dental needs.  Instead, any testimony on the issue of prior convictions would be offered to prejudice the jury in favor of Defendant and against Plaintiff.  Additionally, even if Defendant could demonstrate some relevance for prior convictions and incarcerations, any probative value of this information would be substantially outweigh by the danger of undue prejudice to the Plaintiff.  Federal Rule of Evidence 403.

WHEREFORE, Plaintiff respectfully requests this Court enter an Order *in Limine* barring the admission of testimony, documents or evidence of any kind, relating in any way to the prior convictions or previous incarcerations of Plaintiff and his fellow resident witnesses.

Respectfully submitted,

KEVIN W. STANBRIDGE, Plaintiff,

Attorney for Plaintiff,

By:  s/Ellen C. Bruce
Ellen C. Bruce, #6288045
Sgro, Hanrahan, Durr & Rabin, L.L.P.
1119 South 6th Street
Springfield, IL  62703
ellen@casevista.com
217-789-1200
217-744-1711

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| KEVIN W. STANBRIDGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 10-CV-3008 |
| | ) | |
| DR. JACQUELINE MITCHELL, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2012, I electronically filed Plaintiff's First Motion *in Limine* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Robert Vogt
bvogt@wlv-online.com

and I hereby certify that on April 26, 2012, I mailed by United States Postal Service, the document to the following non-registered participant:

Kevin W. Stanbridge, 864051
Illinois Department of Human Services
Rushville Treatment & Detention Facility
1680 East County Farm Road
Rushville, IL 62681

Respectfully submitted,

 s/Ellen C. Bruce
Ellen C. Bruce, #6288045
Sgro, Hanrahan, Durr & Rabin, L.L.P.
1119 South 6th Street
Springfield, IL  62703
ellen@casevista.com
217-789-1200
217-744-1711