E-FILED
Thursday, 26 April, 2012  05:28:27 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| KEVIN W. STANBRIDGE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 10-CV-3008 |
| DR. JACQUELINE MITCHELL, | ) |
| Defendant. | ) |

**PLAINTIFF'S SECOND MOTION *IN LIMINE*
TO EXCLUDE EVIDENCE OF PLAINIFF'S CURRENT PLACEMENT**

NOW COMES Plaintiff, KEVIN W. STANBRIDGE, by and through his attorneys, Ellen C. Bruce and Lucian Rawlings, and moves for a Second Order *in Limine* to preclude Defendant Jacqueline Mitchell, and any of her witnesses, in the presence of the Jury, from offering evidence or making inquiry of any witness, either in direct examination or in cross examination, or by reference in any way, directly or by implication, regarding the current placement of Plaintiff Stanbridge or of Plaintiff's fellow resident witnesses, Richard Smego and Terry Hyatt at the Rushville Treatment and Detention Facility, Rushville, Illinois.

Plaintiff further requests any of Defendant's witnesses currently or formerly employed at Rushville Treatment and Detention Facility be limited to stating that they work or worked for the Illinois Department of Human Services rather than the Rushville facility in particular, as such identification would expose the detention of Plaintiff and his witnesses as residents and may allow jurors to conduct individual investigations.  Federal Rule of Evidence 403 should weigh in favor of barring evidence of Plaintiff's or his witnesses' detention at Rushville Treatment and Detention Facility because their detention is irrelevant to the question as to whether Plaintiff's

constitutional rights were violated, because the probative value of their detainment is low, and because the danger of prejudice to Plaintiff substantially outweighs any probative value.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order *in Limine* barring the admission of any testimony, documents, or evidence of any kind, relating in any way to the current or previous detainment of Plaintiff and his fellow resident witnesses, other than the fact that they are civilly committed at a mental health facility operated by the Illinois Department of Human Services. Furthermore, Plaintiff specifically requests that such Order bar the use of the name Rushville by all witnesses.

    Respectfully submitted,

    KEVIN W. STANBRIDGE, Plaintiff,

    Attorney for Plaintiff,

By:  s/Ellen C. Bruce
    Ellen C. Bruce, #6288045
    Sgro, Hanrahan, Durr & Rabin, L.L.P.
    1119 South 6th Street
    Springfield, IL  62703
    ellen@casevista.com
    217-789-1200
    217-744-1711

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| KEVIN W. STANBRIDGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 10-CV-3008 |
| | ) | |
| DR. JACQUELINE MITCHELL, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 26, 2012, I electronically filed Plaintiff's Second Motion *in Limine* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Robert Vogt
bvogt@wlv-online.com

and I hereby certify that on April 26, 2012, I mailed by United States Postal Service, the document to the following non-registered participant:

Kevin W. Stanbridge, 864051
Illinois Department of Human Services
Rushville Treatment & Detention Facility
1680 East County Farm Road
Rushville, IL 62681


Respectfully submitted,

  s/Ellen C. Bruce
     Ellen C. Bruce, #6288045
     Sgro, Hanrahan, Durr & Rabin, L.L.P.
     1119 South 6th Street
     Springfield, IL  62703
     ellen@casevista.com
     217-789-1200
     217-744-1711