3:10-cv-03008-SEM-BGC   # 84   Page 1 of 1

10-3008
Stanbridge v Mitchell

E-FILED
Thursday, 24 May, 2012   10:36:44 AM
Clerk, U.S. District Court, ILCD

## VERDICT FORM B

On Plaintiff's claim that Defendant violated Plaintiff's Fourteenth Amendment rights, we, the jury, find in favor of Defendant and against Plaintiff.



s/PRESIDING JUROR

Presiding Juror

s/JUROR

s/JUROR

s/JUROR

s/JUROR

s/JUROR

s/JUROR

25